IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 8:22-781 |
| | ) | 18 U.S.C. § 1028(a)(3) |
| | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | 18 U.S.C. § 1708 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 18 U.S.C. § 982(a)(2)(B) |
| | ) | 18 U.S.C. § 1028(g) |
| | ) | 18 U.S.C. § 1028(h) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| CHRISTOPHER MICHAEL TURKO | ) | |
| a/k/a ANTHONY BARBIZZI | ) | INDICTMENT |

RECEIVED
USDC CLERK, GREENVILLE, SC
2022 SEP 14 PM 4:25

## COUNT 1

THE GRAND JURY CHARGES:

That on or about July 26, 2022, in the District of South Carolina, the Defendant, CHRISTOPHER MICHAEL TURKO, a/k/a ANTHONY BARBIZZI, did knowingly possess with the intent to use unlawfully and to transfer unlawfully five or more authentication features, identification documents, and false identification documents, other than those issued lawfully for the use of CHRISTOPHER MICHAEL TURKO, a/k/a ANTHONY BARBIZZI, in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 1028(a)(3).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about July 26, 2022, in the District of South Carolina, the Defendant, CHRISTOPHER MICHAEL TURKO, a/k/a ANTHONY BARBIZZI, during and in relation to a felony violation of 18 U.S.C. § 1028(a)(3) as charged in Count 1 above, did knowingly possess without lawful authority, a means of identification of another person, to wit: name, birth date, and South Carolina identification number of another individual;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about July 26, 2022, in the District of South Carolina, the Defendant, CHRISTOPHER MICHAEL TURKO, a/k/a ANTHONY BARBIZZI, unlawfully did possess checks belonging to businesses known as "100" and "200," which had been stolen from the mail, well knowing said items had been stolen;

In violation of Title 18, United States Code, Section 1708.

## FORFEITURE

IDENTITY THEFT:

Upon conviction for violation of Title 18, United States Code, Section 1028(a)(3) as charged in this Indictment, the Defendant, CHRISTOPHER MICHAEL TURKO a/k/a ANTHONY BARBIZZI, shall forfeit to the United States any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation.

MAIL THEFT:

Upon conviction for violation of Title 18, United States Code, Section 1708 as charged in this Indictment, the Defendant, CHRISTOPHER MICHAEL TURKO a/k/a ANTHONY BARBIZZI, shall forfeit to the United States any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and 1028(g) and (h), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant, CHRISTOPHER MICHAEL TURKO a/k/a ANTHONY BARBIZZI, for the violations charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the violations charged in this Indictment, and all interest and

3

proceeds traceable thereto as a result of his violations of 18 U.S.C. §§ 1028 and 1708.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant-

    A.    Cannot be located upon the exercise of due diligence;
    B.    Has been transferred or sold to, or deposited with, a third person;
    C.    Has been placed beyond the jurisdiction of the court;
    D.    Has been substantially diminished in value; or
    E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and 1028(g) and (h), and Title 28, United States Code, Section 2461(c).

A __True__ Bill

REDACTED

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov

4